# United States Bankruptcy Court
## District of Minnesota

In re  **Dale Donald Kiecker**                                        Case No. _____

                                                                  Debtor(s)                                           Chapter      **7**

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

[✓] **Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

    [ ] Debtor was not employed during the 60 days preceding the filing of the petition;

    [ ] Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

    [ ] Debtor was self-employed during the 60 days preceding the filing of the petition;

    [ ] Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

    [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor:  *Dale D Kiecker* (signature)          Date: **July 31, 2015**

| | | | | | | |
|---|---|---|---|---|---|---|
| Check# | 979210 | **Employee Name** | KIECKER/DALE D | | RENVILLE COUNTY | |
| Check Date | 05/29/2015 | | 70785 500TH STREET | | 105 SOUTH 5TH STREET | |
| Employee # | 2947 | | HECTOR, MN 55342 | | OLIVIA, MN 56277 | |
| Pay Period | 05/09/2015-05/22/2015 | | | | | |
| Pay Rate | 24.420 | | | | Net Pay | 1,263.91 |

| **Hours** | **Rate** | **Pay Description** | **Amount** |
|---|---|---|---|
| 72.00 | 24.420 | NORMAL HOURS | 1,758.24 |
| 8.00 | 24.420 | SICK HRS USED | 195.36 |
| | | **Total Gross** | 1,953.60 |

| | **Current** | **Year To-Date** | **Other Deductions** | **Current** | **Year To-Date** |
|---|---|---|---|---|---|
| Gross | 1,953.60 | 21,644.27 | SUN LIFE FINANCIAL | 0.00 | 73.50 |
| Fica/Med | 149.45 | 1,635.01 | AFSCME HWY UNION | 0.00 | 280.00 |
| Fed. W/H | 260.26 | 2,831.22 | VALIC DEF COMP | 50.00 | 550.00 |
| State W/H | 103.00 | 1,122.00 | COLONIAL INS POST TAX | 0.00 | 251.80 |
| Pera | 126.98 | 1,406.86 | HEALTH PARTNERS | 0.00 | 158.80 |
| Tot W/H | 639.69 | 6,995.09 | HRA PRETX PREM UNION EE | 0.00 | 112.40 |
| | | | **Total Deductions** | 50.00 | 1,426.50 |

| **Benefits** | **Current** | **Year To-Date** |
|---|---|---|
| ER PD LIFE 20,000 | 0.00 | 17.00 |
| HRA ER EXP UNION EE'S | 0.00 | 3,113.50 |
| **Total Benefits** | 0.00 | 3,130.50 |

| | **Available** | **Current Accrued** | **Current Taken** | **YTD Accrued** | **YTD Taken** | **Max Accum** |
|---|---|---|---|---|---|---|
| Vacation | 58.332 | 0.000 | 0.000 | 78.000 | 72.250 | 0.000 |
| Sick | 8.170 | 0.000 | 8.000 | 40.000 | 48.000 | 0.000 |
| Comp Time | 0.000 | 0.000 | 0.000 | 3.750 | 3.750 | 0.000 |
| Personal | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Wellness | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Bereavement | 0.000 | 0.000 | 0.000 | 0.000 | 8.000 | 0.000 |
| LWOP | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Catastrophic | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Military Lea | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| FMLA | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

| **Direct Deposit** | **Account** | **Bank** | **Amount** |
|---|---|---|---|
| | Checking | HOME TOWN BANK | 1,063.91 |
| | Checking | SOUTHPOINT FEDERAL CREDIT UN | 100.00 |
| | Savings | SOUTHPOINT FEDERAL CREDIT UN | 100.00 |

[ Return to Date Selection ] [ Return to Main Options ]

| Check# | 979445 | **Employee Name** | KIECKER/DALE D | | RENVILLE COUNTY |
|---|---|---|---|---|---|
| Check Date | 06/12/2015 | | 70785 500TH STREET | | 105 SOUTH 5TH STREET |
| Employee # | 2947 | | HECTOR , MN 55342 | | OLIVIA , MN 56277 |
| Pay Period | 05/23/2015-06/05/2015 | | | | |
| Pay Rate | 24.420 | | | Net Pay | 1,187.12 |

| Hours | Rate | Pay Description | | Amount |
|---|---|---|---|---|
| 70.50 | 24.420 | NORMAL HOURS | | 1,721.61 |
| 8.00 | 24.420 | HOLIDAY PAY | | 195.36 |
| 1.50 | 24.420 | VAC HRS USED | | 36.63 |
| | | | Total Gross | 1,953.60 |

| | Current | Year To-Date | Other Deductions | Current | Year To-Date |
|---|---|---|---|---|---|
| Gross | 1,953.60 | 23,597.87 | SUN LIFE FINANCIAL | 7.35 | 80.85 |
| Fica/Med | 147.37 | 1,782.38 | AFSCME HWY UNION | 28.00 | 308.00 |
| Fed. W/H | 253.48 | 3,084.70 | VALIC DEF COMP | 50.00 | 600.00 |
| State W/H | 101.00 | 1,223.00 | COLONIAL INS POST TAX | 25.18 | 276.98 |
| Pera | 126.98 | 1,533.84 | HEALTH PARTNERS | 15.88 | 174.68 |
| Tot W/H | 628.83 | 7,623.92 | HRA PRETX PREM UNION EE | 11.24 | 123.64 |
| | | | Total Deductions | 137.65 | 1,564.15 |

| Benefits | Current | Year To-Date |
|---|---|---|
| ER PD LIFE 20,000 | 3.40 | 20.40 |
| HRA ER EXP UNION EE'S | 622.70 | 3,736.20 |
| Total Benefits | 626.10 | 3,756.60 |

| | Available | Current Accrued | Current Taken | YTD Accrued | YTD Taken | Max Accum |
|---|---|---|---|---|---|---|
| Vacation | 64.832 | 8.000 | 1.500 | 86.000 | 73.750 | 0.000 |
| Sick | 12.170 | 4.000 | 0.000 | 44.000 | 48.000 | 0.000 |
| Comp Time | 0.000 | 0.000 | 0.000 | 3.750 | 3.750 | 0.000 |
| Personal | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Wellness | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Bereavement | 0.000 | 0.000 | 0.000 | 0.000 | 8.000 | 0.000 |
| LWOP | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Catastrophic | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Military Lea | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| FMLA | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

| Direct Deposit | Account | Bank | Amount |
|---|---|---|---|
| | Checking | HOME TOWN BANK | 987.12 |
| | Checking | SOUTHPOINT FEDERAL CREDIT UN | 100.00 |
| | Savings | SOUTHPOINT FEDERAL CREDIT UN | 100.00 |

[ Return to Date Selection ] [ Return to Main Options ]

| Check# | 979689 | **Employee Name** | KIECKER/DALE D | | RENVILLE COUNTY |
|---|---|---|---|---|---|
| Check Date | 06/26/2015 | | 70785 500TH STREET | | 105 SOUTH 5TH STREET |
| Employee # | 2947 | | HECTOR, MN 55342 | | OLIVIA, MN 56277 |
| Pay Period | 06/06/2015-06/19/2015 | | | | |
| Pay Rate | 24.420 | | | Net Pay | 1,187.12 |

| | **Hours** | **Rate** | **Pay Description** | **Amount** | |
|---|---|---|---|---|---|
| | 78.00 | 24.420 | NORMAL HOURS | 1,904.76 | |
| | 2.00 | 24.420 | VAC HRS USED | 48.84 | |
| | | | **Total Gross** | 1,953.60 | |

| | **Current** | **Year To-Date** | **Other Deductions** | **Current** | **Year To-Date** |
|---|---|---|---|---|---|
| Gross | 1,953.60 | 25,551.47 | SUN LIFE FINANCIAL | 7.35 | 88.20 |
| Fica/Med | 147.37 | 1,929.75 | AFSCME HWY UNION | 28.00 | 336.00 |
| Fed. W/H | 253.48 | 3,338.18 | VALIC DEF COMP | 50.00 | 650.00 |
| State W/H | 101.00 | 1,324.00 | COLONIAL INS POST TAX | 25.18 | 302.16 |
| Pera | 126.98 | 1,660.82 | HEALTH PARTNERS | 15.88 | 190.56 |
| Tot W/H | 628.83 | 8,252.75 | HRA PRETX PREM UNION EE | 11.24 | 134.88 |
| | | | **Total Deductions** | 137.65 | 1,701.80 |

| | | **Benefits** | | **Current** | **Year To-Date** |
|---|---|---|---|---|---|
| | | ER PD LIFE 20,000 | | 0.00 | 20.40 |
| | | HRA ER EXP UNION EE'S | | 0.00 | 3,736.20 |
| | | | **Total Benefits** | 0.00 | 3,756.60 |

| | **Available** | **Current Accrued** | **Current Taken** | **YTD Accrued** | **YTD Taken** | **Max Accum** |
|---|---|---|---|---|---|---|
| Vacation | 70.832 | 8.000 | 2.000 | 94.000 | 75.750 | 0.000 |
| Sick | 16.170 | 4.000 | 0.000 | 48.000 | 48.000 | 0.000 |
| Comp Time | 0.000 | 0.000 | 0.000 | 3.750 | 3.750 | 0.000 |
| Personal | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Wellness | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Bereavement | 0.000 | 0.000 | 0.000 | 0.000 | 8.000 | 0.000 |
| LWOP | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Catastrophic | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Military Lea | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| FMLA | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

| Direct Deposit | **Account** | **Bank** | **Amount** |
|---|---|---|---|
| | Checking | HOME TOWN BANK | 987.12 |
| | Checking | SOUTHPOINT FEDERAL CREDIT UN | 100.00 |
| | Savings | SOUTHPOINT FEDERAL CREDIT UN | 100.00 |

[ Return to Date Selection ] [ Return to Main Options ]

http://192.168.1.247:12025/app1/web150.jsp?passdate=06/26/2015&passtime=14:26:42          7/28/2015

| Check# | 979932 | Employee Name | KIECKER/DALE D | | RENVILLE COUNTY |
|---|---|---|---|---|---|
| Check Date | 07/10/2015 | | 70785 500TH STREET | | 105 SOUTH 5TH STREET |
| Employee # | 2947 | | HECTOR , MN 55342 | | OLIVIA , MN 56277 |
| Pay Period | 06/20/2015-07/03/2015 | | | Net Pay | 1,187.12 |
| Pay Rate | 24.420 | | | | |

| | Hours | Rate | Pay Description | Amount |
|---|---|---|---|---|
| | 60.00 | 24.420 | NORMAL HOURS | 1,465.20 |
| | 8.00 | 24.420 | HOLIDAY PAY | 195.36 |
| | 12.00 | 24.420 | VAC HRS USED | 293.04 |
| | | | Total Gross | 1,953.60 |

| | Current | Year-To-Date | Other Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|
| Gross | 1,953.60 | 27,505.07 | SUN LIFE FINANCIAL | 7.35 | 95.55 |
| Fica/Med | 147.37 | 2,077.12 | AFSCME HWY UNION | 28.00 | 364.00 |
| Fed. W/H | 253.48 | 3,591.66 | VALIC DEF COMP | 50.00 | 700.00 |
| State W/H | 101.00 | 1,425.00 | COLONIAL INS POST TAX | 25.18 | 327.34 |
| Pera | 126.98 | 1,787.80 | HEALTH PARTNERS | 15.88 | 206.44 |
| Tot W/H | 628.83 | 8,881.58 | HRA PRETX PREM UNION EE | 11.24 | 146.12 |
| | | | Total Deductions | 137.65 | 1,839.45 |

| Benefits | Current | Year-To-Date |
|---|---|---|
| ER PD LIFE 20,000 | 3.40 | 23.80 |
| HRA ER EXP UNION EE'S | 622.70 | 4,358.90 |
| Total Benefits | 626.10 | 4,382.70 |

| | Available | Current Accrued | Current Taken | YTD Accrued | YTD Taken | Max Accum |
|---|---|---|---|---|---|---|
| Vacation | 66.832 | 8.000 | 12.000 | 102.000 | 87.750 | 0.000 |
| Sick | 20.170 | 4.000 | 0.000 | 52.000 | 48.000 | 0.000 |
| Comp Time | 0.000 | 0.000 | 0.000 | 3.750 | 3.750 | 0.000 |
| Personal | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Wellness | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Bereavement | 0.000 | 0.000 | 0.000 | 0.000 | 8.000 | 0.000 |
| LWOP | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Catastrophic | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Military Lea | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| FMLA | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

| Direct Deposit | Account | Bank | Amount |
|---|---|---|---|
| | Checking | HOME TOWN BANK | 987.12 |
| | Checking | SOUTHPOINT FEDERAL CREDIT UN | 100.00 |
| | Savings | SOUTHPOINT FEDERAL CREDIT UN | 100.00 |

[ Return to Date Selection ]  [ Return to Main Options ]

| Check# | 980166 | Employee Name | KIECKER/DALE D | | RENVILLE COUNTY |
|---|---|---|---|---|---|
| Check Date | 07/24/2015 | | 70785 500TH STREET | | 105 SOUTH 5TH STREET |
| Employee # | 2947 | | HECTOR, MN 55342 | | OLIVIA, MN 56277 |

Pay Period 07/04/2015-07/17/2015
Pay Rate 24.420

Net Pay 1,187.12

| | Hours | Rate | Pay Description | | Amount |
|---|---|---|---|---|---|
| | 80.00 | 24.420 | NORMAL HOURS | | 1,953.60 |
| | | | | Total Gross | 1,953.60 |

| | Current | Year-To-Date | Other Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|
| Gross | 1,953.60 | 29,458.67 | SUN LIFE FINANCIAL | 7.35 | 102.90 |
| Fica/Med | 147.37 | 2,224.49 | AFSCME HWY UNION | 28.00 | 392.00 |
| Fed. W/H | 253.48 | 3,845.14 | VALIC DEF COMP | 50.00 | 750.00 |
| State W/H | 101.00 | 1,526.00 | COLONIAL INS POST TAX | 25.18 | 352.52 |
| Pera | 126.98 | 1,914.78 | HEALTH PARTNERS | 15.88 | 222.32 |
| Tot W/H | 628.83 | 9,510.41 | HRA PRETX PREM UNION EE | 11.24 | 157.36 |
| | | | Total Deductions | 137.65 | 1,977.10 |

| Benefits | | | | Current | Year-To-Date |
|---|---|---|---|---|---|
| | | ER PD LIFE 20,000 | | 0.00 | 23.80 |
| | | HRA ER EXP UNION EE'S | | 0.00 | 4,358.90 |
| | | | Total Benefits | 0.00 | 4,382.70 |

| | Available | Current Accrued | Current Taken | YTD Accrued | YTD Taken | Max Accum |
|---|---|---|---|---|---|---|
| Vacation | 74.832 | 8.000 | 0.000 | 110.000 | 87.750 | 0.000 |
| Sick | 24.170 | 4.000 | 0.000 | 56.000 | 48.000 | 0.000 |
| Comp Time | 0.000 | 0.000 | 0.000 | 3.750 | 3.750 | 0.000 |
| Personal | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Wellness | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Bereavement | 0.000 | 0.000 | 0.000 | 0.000 | 8.000 | 0.000 |
| LWOP | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Catastrophic | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Military Lea | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| FMLA | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

| Direct Deposit | Account | Bank | Amount |
|---|---|---|---|
| | Checking | HOME TOWN BANK | 987.12 |
| | Checking | SOUTHPOINT FEDERAL CREDIT UN | 100.00 |
| | Savings | SOUTHPOINT FEDERAL CREDIT UN | 100.00 |

[ Return to Date Selection ]  [ Return to Main Options ]